IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:07-cr-00003-MP-AK

PABLO CESAR GRANADOS,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 37, Motion to Continue Sentencing, filed by Defendant Pablo Granados. In the motion, Defendant Granados states that his counsel has had a medical procedure and needs time to recover. Because of this, Defendant requests that his sentencing hearing, currently set for December 5, 2007, be continued. The Government does not object to the requested continuance. Therefore, Defendant's motion is granted, and the sentencing hearing is reset to Friday, February 8, 2008, at 9:30 a.m.

**DONE AND ORDERED** this  *28th* day of November, 2007

        *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge