IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:07-cr-00003-MP-AK

PABLO CESAR GRANADOS,

    Defendant.
_____/

## O R D E R

This matter is before the Court on Doc. 40, Motion to Continue Sentencing, filed by Defendant Pablo Granados. In the motion, counsel for Defendant Granados states that his schedule conflicts with the sentencing hearing, currently set for February 8, 2008. Because of this conflict, Defendant requests that the sentencing hearing be continued. The Government does not object to the requested continuance. Therefore, Defendant's motion is granted, and the sentencing hearing is reset to Thursday, February 21, 2008, at 3:30 p.m.

    **DONE AND ORDERED** this   *5th* day of February, 2008

                    *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge